UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION: Fort Lauderdale
www.flsb.uscourts.gov

In re:

FUZION TECHNOLOGIES GROUP, INC.                    Case No. 01-28967-JKO

                    Debtor.                                         Chapter 7
                                                                   Substantively Consolidated
_____/

FUZION WIRELESS COMMUNICATIONS,
INC.,                                               Case No.  01-28968-JKO

                    Debtor.
_____/

Linda A. Conahan, as Curator for the Estate of     Adv. Pro. No. _____
James M. Christenson,

          Plaintiff,

vs.

Joel L. Tabas, as Trustee of
Fuzion Technologies Group, Inc. and
Fuzion Wireless Communications, Inc.,

                    Debtors/Defendants.
_____/

## ADVERSARY COMPLAINT

Linda A. Conahan, as Curator of the Estate of James M. Christenson, through her

undersigned attorneys, sues Joel L. Tabas, as Trustee of Fuzion Technologies Group, Inc. and

Fuzion Wireless Communications, Inc., and states:

## I. **NATURE OF THE CASE**

1.  This is an action for constructive trust and money damages arising from the wrongful conversion of funds from the Estate of James M. Christenson (the "Christenson Estate") by the Bankruptcy Estate of Fuzion Wireless Communications, Inc./Fuzion Technologies Group, Inc. (the "Fuzion Bankruptcy Estate").

## II. **JURISDICTION AND VENUE**

2.  This Court has subject matter jurisdiction over this Adversary Proceeding which arises under or relates to cases under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of Florida, substantively consolidated Case Numbers 01-28967-RBR and 01-28968-RBR, pursuant to 28 U.S.C. §§ 157 and 1334.

3.  This Adversary Proceeding is a "core" proceeding to be heard and determined by the Bankruptcy Court pursuant to 28 U.S.C. § 157(b)(2).

4.  Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1409.

## III. **GENERAL ALLEGATIONS**

### A. **THE PARTIES**

5.  On June 25, 2010, the Honorable Mel Grossman appointed Linda A. Conahan to serve as Curator of the Christenson Estate (the "Christenson Curator") following the removal of Marika Tolz as Successor Personal Representative of the Christenson Estate in the case styled, *Estate of James M. Christenson*, Case No. 00-3644 (60), presently pending in the 17th Judicial Circuit in and for Broward County, Florida. Ms. Tolz served as Successor Personal Representative of the Christenson Estate from April 10, 2003 until her removal on June 21, 2010.

6.  Joel L. Tabas was appointed on August 25, 2010 to serve as the Trustee of this Estate following the resignation of Donald F. Walton. (DE 661). Mr. Walton had been appointed on

July 6, 2010 to serve as the successor Trustee of the Fuzion Bankruptcy Estate following the removal of Marika Tolz as Trustee. (DE 651). Ms. Tolz served as Trustee of the Fuzion Bankruptcy Estate from March 27, 2002 through July 6, 2010. (DE 58 and DE 651).

## B. FACTUAL BACKGROUND

7. An investigation of the bank records for the Christenson Estate reveals that two significant checks were drawn on Bank of America Account Number: xxxxxx1919 (the "Christenson Estate Bank Account") and wrongfully deposited into Bank of America Account No. xxxxx1112, an account titled in the name of Fuzion Wireless Communications, Inc./Fuzion Technologies Group, Inc. (the "Fuzion Bank Account").

8. The first check dated March 26, 2009 was made payable to "Christenson – co/ M Tolz" in the amount of $305,002.51 (the "First Check"). A copy of the First Check is attached as Exhibit "A". The First Check was endorsed as follows: "M Tolz for dep xxxxxx1112."

10. The second check dated May 13, 2010 was made payable to "Fuzion – transfer to investment account" in the amount of $410,000.00 (the "Second Check"). A copy of the Second Check is attached as Exhibit "B". The second check was endorsed as follows: "Fuzion for dep xxxxxx1112."

11. Both the bank statements and the deposit slips for the Fuzion Bank Account confirm that the First Check and the Second Check were deposited into the Fuzion Bank Account. Copies of the relevant bank statements and deposit slips are attached as Composite Exhibit "C".

12. It appears that there may have been additional Christenson Estate funds wrongfully placed into the Fuzion Bank Account.

13. The Christenson Estate was not obligated in any way to the Fuzion Bankruptcy Estate and there was no legitimate basis for the deposit of the First Check, the Second Check, or any

other funds into the Fuzion Bank Account. Additionally, the Fuzion Bankruptcy Estate did not provide anything of value to the Christenson Estate at any time.

## COUNT I

### (Constructive Trust)

14.   The Christenson Curator  realleges and reavers the allegations contained in paragraphs 1  through  13 as if fully stated herein.

15.   As Personal Representative of the Christenson Estate, Ms. Tolz occupied a confidential relationship with the Christenson Estate.

16.   In May of 2010, Ms. Tolz abused and breached her confidential relationship with the Christenson Estate by wrongfully depositing $410,000 from the Christenson Estate into the Fuzion Bank Account.

17.   There was no legitimate basis for the transfer of these funds into the Fuzion Bank Account.

18.   The Christenson Estate has been damaged as a direct result of the wrongful conduct of the Fuzion Bankruptcy Estate.

19.   The balance in the Fuzion Bank Account prior to the deposit of the Second Check was $55,930.83.  There were no withdrawals from the account after the Second Check was deposited into the Fuzion Bank Account. At all times after the deposit of the Second Check, the balance in the account exceeded the $410,000 deposit.

20.   On August 5, 2010, this Court entered an order freezing the Fuzion Bank Account. At the time of the order, the balance in the Fuzion Bank Account was $478,485.66.

21.  The Second Check in the amount of $410,000 is directly traceable to the Fuzion Bank Account.  The Christenson Estate is entitled to an immediate constructive trust over the $410,000 sum.

22.  As a result of the wrongful conduct described above, the Christenson Estate has been forced to bring this action against the Fuzion Bankruptcy Estate and incur the unnecessary associated expenses in order to protect the interests of the Christenson Estate.

23.  The Christenson Estate is entitled to recover the attorneys' fees and costs it has incurred in connection with this action as a form of special damages pursuant to the Wrongful Act Doctrine.

WHEREFORE, the Christenson Estate respectfully requests that this Court enter judgment in its favor and against Joel Tabas, as Trustee of Fuzion Technologies, Inc. and Fuzion Wireless Communications, Inc., imposing a constructive trust upon the $410,000 remaining in the Fuzion Bank Account, and awarding such other and further relief as this Court deems just and proper.

## COUNT II

### (Conversion)

24.  The Christenson Curator realleges and reavers the allegations contained in paragraphs 1 through 13 as if fully stated herein.

25.  Christenson Estate assets including, but not limited to, the First Check and the Second Check, were wrongfully and intentionally deposited into the Fuzion Bankruptcy Estate.

26.  The Fuzion Bankruptcy Estate knew that there was no legitimate basis for the transfer of these funds into the Fuzion Bank Account.

27. The Christenson Estate assets were wrongfully deposited into the Fuzion Bank Account and the Christenson Estate was permanently deprived of these funds for an indefinite time period.

28. The deprivation of these funds is inconsistent with the Christenson Estates' ownership interest in these funds.

29. The Christenson Estate has been damaged as a direct result of the wrongful conduct of the Fuzion Bankruptcy Estate.

30. As a result of the wrongful conduct described above, the Christenson Estate has been forced to bring this action against the Fuzion Bankruptcy Estate and incur the unnecessary associated expenses in order to protect the interests of the Christenson Estate.

31. The Christenson Estate is entitled to recover the attorneys' fees and costs it has incurred in connection with this action as a form of special damages pursuant to the Wrongful Act Doctrine.

WHEREFORE, the Christenson Estate respectfully requests that this Court enter judgment in its favor and against Joel Tabas, as Trustee of Fuzion Technologies, Inc. and Fuzion Wireless Communications, Inc., awarding the Christenson Estate damages in the amount of the sums that were wrongfully converted, placing a constructive trust on the funds remaining in the Fuzion Bank Account, and awarding such other and further relief as this Court deems just and proper.

## COUNT III

### (Unjust Enrichment)

32. The Christenson Curator  realleges and reavers the allegations contained in paragraphs 1 through 13 as if fully stated herein.

33. Christenson Estate assets including, but not limited to, the First Check and the Second Check, were wrongfully and intentionally deposited into the Fuzion Bankruptcy Estate.

34. Ms. Tolz controlled both the Christenson Bank Account and the Fuzion Bank Account at the time of these deposits. Thus, the Fuzion Bankruptcy Estate knew that the Christenson Estate funds were improperly deposited into the Fuzion Bank Account.

35. There was no legitimate basis for the transfer of the Christenson Estate funds into the Fuzion Bank Account.

36. The Fuzion Bankruptcy Estate voluntarily accepted and retained the Christenson Estate funds.

37. The circumstances are such that it would be inequitable for the Fuzion Bankruptcy Estate to retain the benefit of the Christenson Estate assets without paying the Christenson Estate for the value of these assets.

38. As a result of the wrongful conduct described above, the Christenson Estate has been forced to bring this action against the Fuzion Bankruptcy Estate and incur the unnecessary associated expenses in order to protect the interests of the Christenson Estate.

39. The Christenson Estate is entitled to recover the attorneys' fees and costs it has incurred in connection with this action as a form of special damages pursuant to the Wrongful Act Doctrine.

WHEREFORE, the Christenson Estate respectfully requests that this Court enter judgment in its favor and against Joel Tabas, as Trustee of Fuzion Technologies, Inc. and Fuzion Wireless Communications, Inc., awarding Plaintiff's damages, placing a constructive trust on the funds remaining in the Fuzion Bank Account, and awarding such other and further relief as this Court

deems just and proper.

Dated: September  24, 2010

Respectfully Submitted

Ann Burke Spalding
Florida Bar No. 093408

GUNSTER, YOAKLEY & STEWART, P.A.
Attorney for Curator Linda A. Conahan, Esq.
Las Olas Centre, Suite 1400
450 East Las Olas Boulevard
Fort Lauderdale, FL 33301
Tel: (954) 462-2000
Fax: (954) 523-1722

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1(A).

FTL 380375.1

**Exhibit "A"**

Amount:       $305,002.51

Account:          1919

Bank Number:  11100001

Sequence Number: 7250305616

Capture Date:    03/27/2009

Check Number:    9007

investment account

**BANK OF AMERICA, N.A.**

MARIKA TOLZ, RECEIVER

CUSTOMER CONNECTION
384/110 TX

CHECK NUMBER
**9007**

| DATE | AMOUNT |
|---|---|
| 03/26/09 | *****305,002.51 |

2267965

PAY TO THE ORDER OF

Christensen - c/o M Tolz

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 00-3644-GRO | GRO | Debtor: James Christensen Estate |
| | | Joint Debtor: Marika Tolz Personal Representative |

*Three Hundred Five Thousand Two Dollars And 51/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈009007⑈ ⑆11100001⑈        1919⑈    ⑈003050025⑆

**Exhibit "B"**

Amount:        $410,000.00

Account:       ████1919

Bank Number: 11100001

Sequence Number: 7250460343

Capture Date:   05/14/2010

Check Number:   9008

transfer to investment acct

MARIKA TOLZ, RECEIVER

**BANK OF AMERICA, N.A.**

CHECK NUMBER

**9008**

CUSTOMER CONNECTION
3847119 TX

| DATE | AMOUNT |
|------|--------|
| 05/13/10 | *****410,000.00 |

2267999

PAY TO THE ORDER OF

Fvzion ~ transfer to investment account

| CASE NUMBER | | ESTATE OF |
|-------------|--|-----------|
| 00-3644-GRO | GRO | Debtor: James Christenson Estate |
| | | Joint Debtor: Marika Tolz Personal Representative |

*Four Hundred Ten Thousand Dollars and 00/100*

RECOVERY/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈009008⑈ ⑆111000012⑆ ████1919⑈ ⑈0041000000⑈

BANK OF AMERICA NA
N1180013X4 E261341 F63
05/14/10
7250460343

**Composite Exhibit "C"**

H

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number          1112
01 01 148 06 M0000 E#        0
Last Statement: 02/27/2009
This Statement: 03/31/2009

Customer Service
1-877-757-8233

ESTATE OF
FUZION TECHNOLOGIES
MARIKA TOLZ - TRUSTEE
01-28967
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Page      1 of     2

Bankruptcy Case Number:    0128967RBR

# SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 02/28/2009 - 03/31/2009 | Statement Beginning Balance | .00 |
| Number of Deposits/Credits | 2 | Amount of Deposits/Credits | 491,213.82 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 491,213.82 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 03/26 | | 186,184.31 | 0456->        1112 | 09925000145 |
| 03/27 | | 305,029.51 | FL BANKING CENTER DEPOSIT | 949407250305614 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 02/27 | .00 | .00 | 03/30 | 491,213.82 | 491,212.20 |
| 03/26 | 186,184.31 | 186,184.31 | 03/31 | 491,213.82 | 491,213.82 |
| 03/27 | 491,213.82 | 186,184.31 | | | |

H

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number  ████1112
01 01 148 06 M0000 E#        0
Last Statement: 02/27/2009
This Statement: 03/31/2009

**ESTATE OF
FUZION TECHNOLOGIES**

Customer Service
1-877-757-8233

Page    2 of    2

Bankruptcy Case Number:    0128967RBR

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as
  you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

Amount:        $305,029.51
Account:       [REDACTED]1112

Bank Number: 54060613

Sequence Number: 7250305614
Capture Date:     03/27/2009
Check Number:     0

**Bank of America**

Name and Address

Date 3/26/09

N/A

FUZION -
M. TOLZ TRUSTEE

Telephone No. ( 954 ) 923 6536

Sign here if cash received

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement.

Save time in line and help us avoid errors. The next time you make a deposit, please use your pre-printed deposit slips for your account.

| | Cash | | |
|---|---|---|---|
| Currency | | | |
| Coin | | | |
| Checks | 30500251 | | |
| | 2700 | | |
| Sub Total | 30502951 | | |
| Less Cash Received | | | |
| **Total Deposit** | | | |

Account Number    1112

$   305029.51

⑈540606139⑈    [REDACTED]1112⑆    5⑈0030502951⑈

Enter This Total On The Front Of This Ticket

$

22.
21.
20.
19.
18.
17.
16.
15.
14.
13.
12.
11.
10.
9.
8.
7.
6.
5.
4.
3.
2.
1.

Dollars

Cents

MAR 27 09

32 12

BANK OF AMERICA NIA
N410004330K E2063 01 P04
03/21/09

725030561 4

Tran 00061   03/27/2009   11:19
Entity NFL  CC 0109494 Tlr 00005
Account      **********1112
RAT# 540900071
Deposit                    $305,029.51

Amount:       $27.00
Account:      ■■■6760
Bank Number: 26708376

Sequence Number: 7250305615
Capture Date:    03/27/2009
Check Number:    1279



H

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS   75283-2406

Account Number          1112
01 01 148 06 M0000 E#          0
Last Statement: 04/30/2010
This Statement: 05/28/2010

ESTATE OF
FUZION TECHNOLOGIES
MARIKA TOLZ - TRUSTEE
01-28967
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page     1 of     2

Bankruptcy Case Number:   0128967RBR

# SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 05/01/2010 - 05/28/2010 | | Statement Beginning Balance | 55,924.83 |
| Number of Deposits/Credits | 2 | Amount of Deposits/Credits | 422,560.83 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 0 | Amount of Other Debits | .00 |
| | | Statement Ending Balance | 478,485.66 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 05/14 | 6 | 416,587.25 | FL BANKING CENTER DEPOSIT | 949407250460341 |
| 05/17 | 5 | 5,973.58 | FL BANKING CENTER DEPOSIT | 949407250939508 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 04/30 | 55,924.83 | 55,924.83 | 05/18 | 478,485.66 | 478,127.25 |
| 05/14 | 472,512.08 | 55,924.83 | 05/19 | 478,485.66 | 478,485.66 |
| 05/17 | 478,485.66 | 472,116.85 | 05/28 | 478,485.66 | 478,485.66 |

H

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number  ███████1112
01 01 148 06 M0000 E#        0
Last Statement: 04/30/2010
This Statement: 05/28/2010

ESTATE OF
FUZION TECHNOLOGIES

Customer Service
1-877-757-8233

Page       2 of       2

Bankruptcy Case Number:    0128967RBR

## IMPORTANT INFORMATION

**CHANGE OF ADDRESS.**  Please call us at the customer service telephone number listed on the front of this statement to tell us about a change of address.

**TERMS AND CONDITIONS.**  All deposits to, withdrawals from, or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto.  Amendments to the agreement may be made from time to time in the manner stated therein.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS.**  If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address or number listed on the front of this statement as soon you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
* Tell us your name and account number
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account), to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we will make the appropriate adjustment to your account at the conclusion of our investigation.

**DIRECT DEPOSITS.**
If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.

**REPORTING OTHER PROBLEMS.**
You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

Amount:        $416,587.25          Sequence Number: 7250460341
Account:       ▓▓▓▓1112             Capture Date:    05/14/2010
Bank Number: 54090007              Check Number:    6

## Bank Of America, N.A.                              CHECKING/SAVINGS DEPOSIT

| | 05/13/10 |
|---|---|
| Estate Of (Debtor) | 6 |
| Fuzion Technologies Group, Inc. | MARIKA TOLZ, TRUSTEE |

Estate Of (Debtor)
   Fuzion Technologies Group, Inc.

MARIKA TOLZ, TRUSTEE
Southern District of Florida
1804 Sherman Street
Hollywood, FL
33020

Case Number    01-28967-RBR

DDA Account #:    ▓▓▓▓1112

   Checking Account                    DEPOSIT TOTAL:   $*****416,587.25

transfer by deposit                    416587.25        transfer by deposit

⑈000006⑈ ⑆54090007⑆⑈ ▓▓▓▓1112⑈        5⑈0041658725⑈



7250460341

Amount:        $410,000.00

Account:       ████1919

Bank Number: 11100001

Sequence Number: 7250460343

Capture Date:    05/14/2010

Check Number:    9008

---

transfer to investment acct

**BANK OF AMERICA, N.A.**

MARIKA TOLZ, RECEIVER

CUSTOMER CONNECTION
02-1/110 TX

CHECK NUMBER
**9008**

| DATE | AMOUNT |
|------|--------|
| 05/13/10 | *****410,000.00 |

2267999

PAY TO THE ORDER OF

F∨2iδω— transfer to investment account

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 00-3644-GRO | GRO | Debtor: James Chistonson Estate |
| | | Joint Debtor: Marika Tolz Personal Representative |

*Four Hundred Ten Thousand Dollars And 00/100*

RECOVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈⑆009008⑈⑆ ⑆⑆111000012⑆⑆ ████1919⑈ ⑆⑈004⑈10000000⑈⑆

Amount:        $6,587.25            Sequence Number: 7250460342
Account:       ████9101             Capture Date:    05/14/2010
Bank Number: 06701312               Check Number:    1210